**Exhibit A to the Complaint**

**Location:** Dallas, TX  
**Total Works Infringed:** 49  
**IP Address:** 76.185.114.91  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/07/2018 20:39:50 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 2 | 07D85A4B9AB72638A2F0910B816744FD7871BD36 | Tushy | 12/22/2017 02:39:08 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 3 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/15/2017 23:14:06 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 0AF964274314DDCAA21A79AC7D1FEE43478D86E1 | Blacked | 08/26/2017 00:38:49 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 5 | 133E3C2C5323B85D400DC49F52E7A4EDCBB02DC9 | Blacked | 09/29/2017 06:42:16 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 6 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/17/2017 23:07:09 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 7 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/16/2017 00:19:29 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 8 | 214C51BE2305FC9B3F57519D66B2335FCAAB0639 | Blacked | 10/17/2017 23:39:51 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 9 | 224A977CFAA6BC8306F403992B399B5A13C0980C | Vixen | 09/09/2017 19:52:56 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 10 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/17/2018 05:06:31 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 11 | 2795A9361DC2425C7D2BD7F49F780173A4606EBB | Blacked | 11/16/2017 06:10:39 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 12 | 28B3D957F56B6E9EF0055E68DA314C0E0D743E85 | Tushy | 12/28/2017 06:45:11 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 13 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/16/2017 06:07:53 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 14 | 2CB9141F13EA85096BC504ED39E5CBCD25983B19 | Vixen | 07/28/2017 03:02:38 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 15 | 3996335E19F9C2C8AEA80BC02803739E3515B798 | Vixen | 05/16/2017 04:02:23 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 16 | 4160304E5E5C6B7FE454DC8B9882041D45D39F4B | Tushy | 06/22/2017 02:33:24 | 06/20/2017 | 07/07/2017 | PA0002070816 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 06/22/2017 03:11:35 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 18 | 46B6BC58D9419E580B5EF739E510D46E8280A10D | Tushy | 08/18/2017 04:58:58 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 19 | 5E5648DEC0EEE26A85C27C8802B349ABDC47C17E | Tushy | 12/07/2017 22:43:40 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 20 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 12/22/2017 04:02:02 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 21 | 64B71915820355B22C5E5C4CE2399CE2EB096C44 | Blacked | 10/17/2017 23:24:11 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 22 | 66067D1F3C5DFD05C1FB8A333E49EEB34E24FF88 | Tushy | 11/15/2017 10:38:54 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 23 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/25/2017 22:36:33 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 24 | 68DB05F34A223AEF184B0FBBE87D10D10A16FEB3 | Vixen | 07/04/2017 07:20:53 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 25 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/22/2017 05:23:23 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 26 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/16/2017 21:44:04 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 27 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 09/29/2017 20:25:27 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 28 | 7D226D78C203435698C02D505141ACF6F84CD7A0 | Tushy | 07/12/2017 05:41:52 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 29 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 06/02/2017 04:51:15 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 30 | 87042B837CC3CCFD5C17430A18C3DC10EC05DFCB | Tushy | 08/02/2017 02:22:20 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 31 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/10/2017 22:28:24 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 32 | 9656E3F188CC3471B816D2B3310F838EC63BC2D3 | Vixen | 10/18/2017 04:51:12 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 33 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 05/16/2017 00:18:26 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 34 | 9CFF78C37F86A85D476A0375B2DBB6CE804DB196 | Tushy | 08/26/2017 02:32:48 | 08/24/2017 | 08/24/2017 | PA0002052837 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/29/2017 10:26:39 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 36 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/29/2017 06:40:24 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 37 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/21/2017 03:51:49 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 38 | ADA225A2E7909E43E664DEADF9D76320BAFA9503 | Vixen | 09/12/2017 14:11:27 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 39 | AFE4A17D1B77D3FBEF39198C6EF8FD470871A554 | Tushy | 06/02/2017 03:35:15 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 40 | B75D0B04C50EFB08C83B7FD9328A0239157C5916 | Tushy | 09/09/2017 09:01:58 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 41 | BE1C986C39E269B6A3CE6F2E34AC0990906C8922 | Tushy | 07/12/2017 05:45:47 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 42 | BFB89D9733F601D4112B4779AC1E57E7657457E5 | Tushy | 10/17/2017 21:33:58 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 43 | C10F1DD79696BB0C387AA22E4F36C8E105F77445 | Vixen | 10/01/2017 13:34:48 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 44 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 07/04/2017 07:15:30 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 45 | C54AB2ED7CDFD90F1609B0CE2134B637A99AA5ED | Vixen | 09/29/2017 19:11:57 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 46 | C8F92F5754426D51551C51CA298682CD94EE60FC | Tushy | 01/06/2018 21:10:31 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 47 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/15/2017 23:32:42 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 48 | E2C91D686F1089A32122D60EE586BBD81B4FFDD0 | Vixen | 12/11/2017 02:03:24 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 49 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 11/15/2017 14:33:27 | 10/26/2017 | 11/15/2017 | 16013255040 |